**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of STANDARD WATERPROOFING, INC., and STANDARD WATERPROOFING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAMS BUILDING COMPANY, INC., and FRANKENMUTH INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. _______________ |

**STANDARD WATERPROOFING, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and District of Maine Local Rule 7.1, Plaintiff Standard Waterproofing, Inc. ("**SWI**"), by and through undersigned counsel, states as follows:

1. SWI has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of SWI's stock.

2. One hundred percent (100%) of SWI's stock is owned by Theresa Thompson and Isaac Thompson.

3. SWI is a Maine corporation with a principal place of business in Winslow, Maine.

Dated at Portland, Maine this 9th day of July 2026.

Respectfully submitted,

*/s/ Aaron P. Burns* ________________

Aaron P. Burns, Esq.
aburns@pearcedow.com

Attorney for Plaintiffs United States of America, for the use and benefit of Standard Waterproofing, Inc., and Standard Waterproofing, Inc.

PEARCE, DOW & BURNS, LLP
2 Monument Sq. Ste 901
Portland, ME 04101

P.O. Box 108
Portland, ME 04112-0108
(207) 822-9900