AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maine

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of STANDARD WATERPROOFING, INC., and STANDARD WATERPROOFING, INC. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No.    1:26-cv-00356-JAW |
| WILLIAMS BUILDING COMPANY, INC., and FRANKENMUTH INSURANCE COMPANY | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Frankenmuth Insurance Company
c/o CT Corporation System, Registered Agent
3 Chase Avenue
Augusta, ME 04330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron P. Burns, Esq.
Pearce, Dow & Burns, LLP
P.O. Box 108
Portland, ME 04112-0108
(207) 822-9900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    July 10, 2026

Jennifer Lyons
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00356-JAW

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _____

was received by me on (date)   **JUL 1 3 2026**   .

' I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

' I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

✗ I served the summons on (name of individual) *CT Corporation System Registered Agent* , who is

designated by law to accept service of process on behalf of (name of organization)

*Frankenmuth Insurance Company* on (date) **JUL 1 3 2026** ; or

' I returned the summons unexecuted because _____ ; or

' Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date:   **JUL 1 3 2026**

_____
Server's signature

**Harry McKenney**
Chief Civil Deputy
_____
Printed name and title Kennebec County
Sheriff's Office

_____
Server's address

Additional information regarding attempted service, etc: