**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of STANDARD WATERPROOFING, INC., and STANDARD WATERPROOFING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAMS BUILDING COMPANY, INC., and FRANKENMUTH INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:26-cv-00356-JAW |

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**
M. R. Civ. P. 4(c)(1) & Fed. R. Civ. P. 4(e)(1)

Please sign the acknowledgment below and return this form to the sender in the enclosed self-addressed stamped envelope so the sender will get it within 20 days from the day it was mailed to you. If you do not do this, you may be required by the Court to pay for the cost of having the Summons and Complaint served on you.

(If you are the party **sending** this document to serve the opposing party, **keep a copy of this form and a copy of the documents you are serving for your records.)**

**STATEMENT**

By signing, dating and returning this form, I state that I received a copy of the Summons and Complaint, with accompanying documents and that I understand the applicable statements below.

**AS TO CIVIL CASES,** I understand that if I do not file an answer to the Complaint within the time limits established by statute or court rule and appear at all court conferences and hearings, then a judgment may be entered against me in my absence, and Plaintiff or the moving party may request that other orders be entered against me.

Dated: July 20, 2026

WILLIAMS BUILDING COMPANY, INC.

By:      */s/ John P. Giffune*
Print Name: John P. Giffune, Esq
Its: Registered Agent
One Portland Sq, 10th Fl.
Portland, ME 04101-4054

Phone: 207-253-4646                    Email: jgiffune@verrill-law.com