UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of STANDARD WATERPROOFING, INC., and STANDARD WATERPROOFING, INC., Plaintiffs, v. WILLIAMS BUILDING COMPANY, INC., and FRANKENMUTH INSURANCE COMPANY, Defendants. | Case No.: 26-cv-00356-JAW |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant **FRANKENMUTH INSURANCE COMPANY,** by its attorneys, pursuant to Rule 6 of the Federal Rules of Civil Procedure, moves, with the consent of Plaintiffs, to extend its time to serve and file its response to the Complaint (ECF Doc. No. 1) for two weeks, to (and including) August 17, 2026, and, in support, states as follows:

1. Plaintiffs commenced this action on July 9, 2026, by the filing of a Complaint.

2. Frankenmuth was served with the Summons and Complaint on July 13, 2026 (ECF Doc. No. 5).

3. Frankenmuth's counsel requires additional time to review the allegations contained in the Complaint and consult with Frankenmuth and the principal of the subject payment bond, co-defendant Williams Building Company, Inc., about an appropriate response thereto.

4. According to the docket, Williams Building acknowledged service on July 20, 2026 (ECF Doc. No. 6), and its response to the Complaint is due on August 10, 2026.

5. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice . . . if a request is made[ ] before the original time or its extension expires."

6. Frankenmuth files this motion before the expiration of its time to respond to the Complaint, and good cause exists to extend its time to respond, as stated above.

7. My understanding is that Plaintiffs' counsel graciously consented to the requested extension.

**WHEREFORE,** Frankenmuth requests that the Court grant this motion, extend its time to respond to the Complaint to (and including) August 17, 2026, and award Frankenmuth such other and further relief as the Court deems just and proper.

Dated: August 3, 2026

*/s Matthew O. Altieri*
Matthew Altieri, Esq.
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
207-791-1100

*Attorney for Frankenmuth Insurance Company*

**CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on August 3, 2026, and that it is available for viewing and downloading from the Court's ECF system.

*/s Matthew O. Altieri*