UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-00356 |
| | ) | |
| | ) | |
| WILLIAMS BUILDING COMPANY, INC., | ) | |
| et al | ) | |

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 4th day of August, 2026.